UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

To:      Counsel for the Government

From:      Judge Peter J. Messitte

Re:      United States v. Hossein Heydari
Criminal No. PJM-20-163

Date:      June 28, 2022

\*\*\*\*\*\*\*\*

The Court has received Defendant Hossein Heydari's Motion for Early Termination of Probation, ECF No. 2.

The Government should respond no later than July 28, 2022. Defendant's Reply, if any, should be filed no later than August 11, 2021.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/
_____
Peter J. Messitte
United States District Judge

CC:      Court File